# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

128886-87 & (77)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

46TH CIRCUIT TRIAL COURT,
      Plaintiff-Appellee,
      Cross-Appellant,

v

COUNTY OF CRAWFORD and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
      Defendants, Counter-Plaintiffs,
      Third-Party Plaintiffs-Appellants,
      Cross-Appellees,
and

COUNTY OF KALKASKA,
      Intervening Third-Party Plaintiff,
      Counter-Defendant-Appellant,
      Cross-Appellee,
and

COUNTY OF OTSEGO,
      Third-Party Defendant-Appellee.
_____/

SC: 128886-7
COA: 256129, 257234
Crawford CC: 02-005951-CZ

On order of the Court, the application for leave to appeal the May 3, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and it appearing to this Court that the case of *46th Circuit Trial Court v Crawford County* (Docket No. 128878) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present applications for leave to appeal, we ORDER that the applications be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

Clerk

d1220